IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN WOLFE and MARGARET HEKLOWSKI, on behalf of themselves and similarly situated employees,<br>Plaintiffs,<br>v.<br>TCC WIRELESS, LLC,<br>Defendant. | 1:16-cv-11663<br><br>Magistrate Judge Maria Valdez |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM
OF LAW IN EXCESS OF 15 PAGES IN SUPPORT OF THEIR UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT
FOR CLASS AND COLLECTIVE ACTION CLAIMS**

Plaintiffs, through their counsel, and pursuant to Local Rule 7.1, request leave to file an oversized memorandum in support of their Unopposed Motion for Preliminary Approval of Settlement Agreement for Class and Collective Action Claims. Plaintiffs' memorandum in support will be 20 pages or less, not including the tables of contents and authorities.

WHEREFORE, Plaintiffs request leave to file an enlarged brief.

Date: November 21, 2017            Respectfully submitted,

                                   s/Douglas M. Werman
                                   One of the Attorneys for Plaintiff

Douglas M. Werman - dwerman@flsalaw.com        Peter Winebrake
Maureen A. Salas - msalas@flsalaw.com          R. Andrew Santillo
Zachary C. Flowerree – zflowerree@flsalaw.com  WINEBRAKE & SANTILLO, LLC
Sarah J. Arendt - sarendt@flsalaw.com          715 Twining Road, Suite 211
Werman Salas P.C.                              Dresher, PA 19025
77 W. Washington, Suite 1402                   (215) 884-2491
Chicago, IL 60602
(312) 419-1008

1