IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN WOLFE and MARGARET HEKLOWSKI, on behalf of themselves and similarly situated employees, <br> Plaintiffs, <br> v. <br> TCC WIRELESS, LLC, <br> Defendant. | 1:16-cv-11663 <br><br> Judge Ronald A. Guzman <br> Magistrate Judge Maria Valdez |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT FOR CLASS AND COLLECTIVE ACTION CLAIMS**

Jonathan Wolfe ("Wolfe") and Margaret Heklowski (née Fronek) ("Fronek") (collectively "Named Plaintiffs), on behalf of themselves and the collective they represent under Section 16(b) of the Fair Labor Standards Act, and Fronek, on behalf of herself and the Class of similarly-situated employees she represents under Fed. R. Civ. P. 23, move this Court for Final Approval of the Settlement Agreement with Defendant TCC Wireless, LLC ("Defendant"). In support of this Motion, Plaintiffs submit a Supporting Memorandum of Law. Plaintiffs ask that the Court enter the proposed Order Granting Final Approval of Settlement, attached as Exhibit B to the Memorandum of Law. Defendant supports this motion.

Date: March 1, 2018        Respectfully submitted,

                           s/Douglas M. Werman_____
                           One of the Attorneys for Plaintiffs

Douglas M. Werman - dwerman@flsalaw.com
Maureen A. Salas - msalas@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Sarah J. Arendt - sarendt@flsalaw.com
Werman Salas P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602
(312) 419-1008

Peter Winebrake
R. Andrew Santillo
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491